**Dated: December 3, 2025**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: | |
| **Marie Gann** | **Case No. 25-11632-JDL** |
| **Mark Christopher Gann** | **Chapter 13** |
| Debtors. | |

### Order Denying Confirmation and Dismissing Case

This matter came on for consideration of confirmation of a plan by this Court. Upon representation of the Chapter 13 Trustee, it was determined confirmation should be denied and the case should be dismissed.

IT IS THEREFORE ORDERED that confirmation is denied and the case is dismissed pursuant to 11 U.S.C. Section 1307(c).

All findings of fact are based upon representation of the Trustee. The Court Clerk shall service this order on the debtors, all creditors and indenture trustees.

###

APPROVED FOR ENTRY:

s/John Hardeman
_____

John Hardeman
Chapter 13 Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

sm